# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thacker, Stephanie D. | U.S. Court of Appeals for the Fourth Circuit | 5/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Room 7404
Charleston, West Virginia 25301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lecturer in Law | West Virginia University College of Law |
| 2. | Senior Lecturing Fellow | Duke Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/5 - 8/4 | West Virginia University College of Law - Lecturer in Law | $4,000.00 |
| 2. 11/17/2017 | Duke University - Appellate Practice Judge | $4,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell University | October 26-29, 2017 | Ithaca, New York | Cuccia Cup Moot Court Competition | Airfare, rental care, parking at airport & meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Blackrock Multi-Asset Income Fund BIICX | A | Dividend | | | Sold | 03/07/17 | M | | |
| 2. Janus Blanaced Fund - JBALX | A | Dividend | | | Sold | 03/07/17 | M | D | |
| 3. Manning & Napier Pro Blend Cons Fund - MNCIX | A | Dividend | | | Sold | 03/07/17 | M | | |
| 4. Blackrock High-Yield Bond Fund - BHYIX | A | Dividend | K | T | Buy | 03/07/17 | J | | |
| 5. Cambiar International Equity Fund - CAMIX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 6. | | | | | Buy | 05/22/17 | J | | |
| 7. Clearbridge Large Cap Growth Fund - SBLYX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 8. Delaware Corporate Bond Fund - DGCIX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 9. Edgewood Growth Fund - EGFIX | | None | K | T | Buy | 03/07/17 | J | | |
| 10. Harding Loevner International Equity Fund - HLMIX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 11. Hartford Schroders Emerging Markets Equity FUnd - SEMNX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 12. | | | | | Sold (part) | 05/22/17 | J | | |
| 13. JP Morgan Value Advantage Fund - JVASX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 14. Nuveen Small Cap Value Fund - FSCCX | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 15. | | | | | Sold (part) | 05/22/17 | J | | |
| 16. Pimco Foreign Bond Fund - PFBPX | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 17. Prudential Short Term Corporate Bond Fund - PIFZX | A | Dividend | J | T | Buy | 03/07/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sound Shore Fund - SSHFX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 19. | | | | | Sold (part) | 05/22/17 | J | A | |
| 20. T Rowe Price US Treasury Interim Bond Fund - PRTIX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 21. TCW Total Return Bond Fund - TGLMX | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 22. Wells Fargo Small Company Growth Fund - WSCGX | | None | J | T | Buy | 03/07/17 | J | | |
| 23. | | | | | Sold (part) | 05/22/17 | J | A | |
| 24. American Tax Exempt Bond - IFEBX | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 25. Hartford Dividend & Growth - HDGFX | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 26. Hartford International Opportunities Fund - IHOFX | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 27. Hartford Mid Cap - HMDFX | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 28. JP Morgan Emerging Markets Equity Fund - JEMWX | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 29. JP Morgan Equity Income - OPEJX | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 30. MFS Municipal Income Fund - MIMIX | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 31. Edward Jones Cash Amount | A | Dividend | J | T | Buy | 06/13/17 | J | | |
| 32. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thacker, Stephanie D. | 5/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/11/2018 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephanie D. Thacker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544